IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeannette Edwards,<br><br>            Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America, et al.,<br><br>            Defendants. | No. CV-16-00876-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation of Dismissal (Doc. 19). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 19) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall terminate this action.

Dated this 15th day of September, 2016.

Honorable Steven P. Logan
United States District Judge